UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                CASE NO: 21-30119-KKS
                                      CHAPTER 7
Shannan Marie Drummond,

    Debtor(s).
_____/

## OBJECTION TO MOTION FOR RELIEF FROM STAY BY PEN AIR FEDERAL CREDIT UNION (Doc. 14)

Pursuant to Rule 4003 of the Federal Rules of Bankruptcy Procedure, Mary W. Colón, Trustee, by and through the undersigned, objects to the Motion for Relief from Stay by Pen Air Federal Credit Union (Doc. 14) and will show:

1. On or about February 26, 2021, Debtor filed a petition seeking relief under Chapter 7 of the Bankruptcy Code commencing this case.

2. Mary W. Colón is the duly qualified and acting trustee.

3. The meeting of creditors was held on April 07, 2021.

4. Debtor's schedules list real property located at 4422 Essex Terrace Circle in Pace, Florida that is not included in Schedule C – Property Claimed as Exempt.

5. Debtor's schedules show Debtor's equity in the property at $21,400.00. Based on information and belief it should be more.

6. Pursuant to Debtor's Statement of Intention filed with the Petition in this case, Debtor is surrendering the subject property.

7. Debtor's former spouse currently occupies the property.

8. According to debtor's marital settlement agreement, the debtor is entitled to one-half of the equity in the property when sold.

9. Pen Air Federal Credit Union by and through their attorney, filed a Motion for Relief from Stay on 05/04/21 (Doc. 14) which shows a balance owed in the amount of $15,180.87.

10. Debtor's schedules show a first mortgage held by Bank of America with a balance owed in the amount of $172,062.00.

11. Creditor's motion does not show a value for the property.

12. The Santa Rosa County Property Appraiser shows the value of the property to be $214,594.00, a copy of which is

attached as Exhibit "A". The total amount owed to Pen Air and Bank of America is $187,242.87.

13. Zillow.com estimates the value at $336,254.00.

14. Upon belief the property has sufficient equity, Trustee requests time to appraise the property and/or employ an Appraiser and/or Realtor to appraise and/or to sell the property.

15. An arms-length sale will generate more for the estate that a forced sale on the courthouse steps.

16. There is sufficient equity in the property to protect movant while the estate liquidates the property.

17. Trustee requests that the Motion for Relief form Automatic Stay by Pen Air Federal Credit Union be denied.

WHEREFORE, Trustee, Mary W. Colón, files this Objection to Motion for Relief from Stay, and requests this Honorable Court to deny Movant's Relief from Stay and for such further relief as this court deems just and proper.

**DATED:** May 6, 2021.

/s/ Mary W. Colón
MARY W. COLÓN

Chapter 7 Trustee
Florida Bar No. 0184012
Post Office Box 14596
Tallahassee, Florida 32317
Telephone: (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail with postage prepaid to Shannan Marie Drummond, 4656 Crossing Court Apt 202, Pace, FL 32571; Martin S Lewis, Esq., Lewis & Jurnovoy, P.A., 1100 North Palafox St., Pensacola, FL 32501; Charles Edwards, Esq., Office of the U.S. Trustee, 110 East Park Ave, Suite 128, Tallahassee, Florida 32301; and J. Blair Boyd, Sorenson Van Leuven, PLLC, Post Office Box 3637, Tallahassee, FL 32315-3637 this May 6, 2021.

/s/ Mary W. Colón
MARY W. COLÓN




# Santa Rosa County Property Appraiser
## Gregory S. Brown II, CFA

Home    Search    Map

## ⌄ Parcel Information

| | |
|---|---|
| Parcel Number | 27-2N-29-1600-00C00-0020 |
| Situs/Physical Address | 4422 ESSEX TERRACE CIR PACE |
| Property Usage | SINGLE FAMILY (0100) |
| Section-Township-Range | 27- 2N- 29 |
| Tax District | PACE |
| 2020 Millage Rates | 0 |
| Acreage | 0.37 |
| Homestead | Y |
| Brief Legal Description | HABERSHAM (ADD TO HAMMERSMITH)LOT 2 BLK CAS DES IN OR 2617 PG 76 |

## ⌄ Owner Information

**Primary Owner**

Drummond Shannon M &
Drummond William R
4422 Essex Terrace Cir
Pace, FL 32571

## ⌄ Valuation

| | 2018 Certified | 2019 Certified | 2020 Certified |
|---|---|---|---|
| Building | $158,220.00 | $163,720.00 | $177,344.00 |
| Extra Feature | $1,250.00 | $1,250.00 | $1,250.00 |
| Land Value | $35,000.00 | $35,000.00 | $36,000.00 |
| Land Agricultural Value | $0.00 | $0.00 | $0.00 |
| Agricultural (Market) Value | $0.00 | $0.00 | $0.00 |
| Just (Market) Value* | $194,470.00 | $199,970.00 | $214,594.00 |
| Co. Assessed Value | $175,243.00 | $178,573.00 | $182,680.00 |
| Exempt Value | $50,000.00 | $50,000.00 | $50,000.00 |
| Co. Taxable Value | $125,243.00 | $128,573.00 | $132,680.00 |



EXHIBIT "A"

## ⌄ Residential Buildings

**Building 1**

| | |
|---|---|
| Type | SINGLE FAM |
| Total Area | 3030 |
| Heated Area | 2404.00 |
| Ext Walls | BRICK |
| Roof Cover | TIMB/SHING |
| Interior Walls | DRYWALL |
| Foundation | BLOCK/MASN |
| Frame | WOOD FRAME |
| Floor | CARPET ; CLAY/CERMC |
| Heat Type | FCD AIR D |
| A/C Type | CENTRAL |
| Bathrooms | 3.00 |
| Bedrooms | 4.00 |
| Stories | 1.00 |
| Actual Year Built | 2006 |
| Effective Year Built | 2006 |

Use: SINGLE FAM (0100)



| BAS | BASE AREA | 2404 | 2006 |
| FGR | FIN GARAGE | 420 | 2006 |
| FOP | F OPN PRCH | 50 | 2006 |
| PTO | PATIO | 156 | 2006 |

## Land

| Land Code | Description | Frontage | Depth | Unit Type | Land Units | Land Value |
|---|---|---|---|---|---|---|
| 0100 | SFR | 115.00 | 143.00 | LT | 1.00 | $36,000 |

## Extra Features

| Description | Number of Items | Units | Year | Extra Feature Value |
|---|---|---|---|---|
| FIREPLACE | 1.00 | 1.00 UT | 2006 | $0 |

## ˅ Sales

| Multi-Parcel Sale | Sale Date | Sale Price | Instrument ⓘ | Book / Page | Qualification | Vacant or Improved | Grantor | Grantee |
|---|---|---|---|---|---|---|---|---|
| N | 06/20/2006 | $306,900 | WD | 2617 / 76 | Q | I | GOODEN HOMES INC | DRUMMOND WILLIAM R & SHANNON M |
| N | 11/03/2005 | $588,000 | WD | 2527 / 652 | U | V | HAMMERSMITH OF NORTHWEST INC | GOODEN HOMES INC |

## ˅ Map



The Santa Rosa County Property Appraiser and staff are constantly working to provide and publish the most current and accurate information possible. No warranties, expressed or implied are provided for the data herein, its use, or its interpretation. The current assessed values as viewed herein are 2020 Certified Values, the data elements are current as of October 20, 2020. Again, one must remember that the primary use of the assessment data contained herein is for general public information. No responsibility or liability is assumed for inaccuracies or errors.

Accessibility | Contact Us | Feedback | Home | Site Map | System Requirements

Last Data Upload: 5/5/2021 1:25:01 AM

Developed by:



Santa Rosa County Property Appraiser

